Andrew C. Schwartz (State Bar No. 064578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
E-Mail: schwartz@cmslaw.com

Attorneys for Plaintiffs



IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J., a minor by and through her guardians ad litem Lisa Houlihan Johnson and Donald Arthur Johnson; LISA HOULIHAN JOHNSON, personally and on behalf of her minor child E.J.; and DONALD ARTHUR JOHNSON, personally and on behalf of his minor child E.J.;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES COAST GUARD; and DOES 1 through 100;<br><br>Defendants. | Case No. C 13 1923<br><br>**PETITION FOR APPOINTMENT OF GUARDIANS AD LITEM AND [PROPOSED] ORDER** |

Petitioners, LISA HOULIHAN JOHNSON and DONALD ARTHUR JOHNSON, allege:

1. E.J. is a minor, born April 5, 2008.

2. E.J. has causes of action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 et. seq., ("the Act") against the above-named defendants arising out of the incident that occurred on June 17, 2010 and as alleged in the Complaint that was concurrently filed with the instant petition.

3. E.J. has no general guardian and no previous petitions for appointment of a guardian ad litem have been filed in this matter.

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Johnson v. United States Coast Guard, et al.*          Page 1

PETITION FOR GUARDIAN AD LITEM AND [PROPOSED] ORDER

4. Petitioners, whose reside in Moraga, California, are the natural parents of E.J., are competent and responsible persons, and fully competent to act as guardians ad litem.

5. In this action under the Act, each natural parent of E.J. seeks to be appointed a guardian ad litem because each parent pursues rights under California Code of Civil Procedure section 376, which requires the parents of an unmarried legitimate child to act jointly when maintaining an action for injury to the child caused by the wrongful act or neglect of another.

6. Petitioners are willing to act as guardians ad litem for E.J., as appears by the consents attached hereto.

WHEREFORE, petitioners move the court for an order appointing LISA HOULIHAN JOHNSON and DONALD ARTHUR JOHNSON, as guardians ad litem for E.J. for the purpose of bringing action against the above-named defendants on the causes of action hereinabove stated.

DATED April 24, 2013                 _____
                                      LISA HOULIHAN JOHNSON

DATED 4/24/2013                      _____
                                      DONALD ARTHUR JOHNSON

## ORDER

The petition for an order appointing LISA HOULIHAN JOHNSON and DONALD ARTHUR JOHNSON as guardians ad litem is GRANTED.

IT IS SO ORDERED.

DATED May 2, 2013                    _____

IT IS SO ORDERED.
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Johnson v. United States Coast Guard, et al.
PETITION FOR GUARDIAN AD LITEM AND [PROPOSED] ORDER                          Page 2

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131