MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7181
  FAX: (415) 436-6748
  Email: victoria.carradero@usdoj.gov

Attorneys for the United States of America and the Coast Guard

ANDREW CHARLES SCHWARTZ (CABN 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
  California Plaza
  2121 North California Blvd., Suite 1020
  Walnut Creek, CA 94596
  Telephone: (925) 947-1147
  FAX: (925) 947-1131
  Email: schwartz@cmslaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.J. ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA ET AL, <br>   Defendants. | Case No.  C 13-1923 NC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR THE UNITED STATES TO RESPOND TO PLAINTIFFS' COMPLAINT, CASE MANAGEMENT ACTIVITIES SET FORTH IN CASE MANAGEMENT ORDER, AND CASE MANAGEMENT CONFERENCE** <br>  AS MODIFIED |

Case No.  C 13-1923 NC
STIPULATION AND [PROPOSED] ORDER

Federal Defendants the United States of America ("USA") and the United States Coast Guard and Plaintiffs E.J., a minor, Lisa Houlihan Johnson and Donald Arthur Johnson ("Planitiffs"), by and through their undersigned attorneys, hereby stipulate as follows:

WHEREAS the deadline for the United States of America to respond to Plaintiffs' Complaint is July 15, 2013 and the USA has requested additional time; and

WHEREAS the parties request more time to complete the case management activities set forth in the Order Setting Initial Case Management Conference and ADR Deadlines at Docket No. 2.

The parties hereby agree and request that the Court order that:

The deadline for the USA to respond to Plaintiffs' Complaint is continued from July 15, 2013 until August 1, 2013.

The deadline for the parties to complete the initial case management activities set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, Docket No. 2, is continued to August 7, 2013.

The parties will mutually agree to the date for the exchange of initial disclosures as part of meeting and conferring on the contents of the Case Management Conference Statement, which will be filed on August 7, 2013.

The Case Management Conference will be continued from July 25, 2013 to August 21, 2013 at 10:00 a.m.

Case No.  C 13-1923 NC
STIPULATION AND [PROPOSED] ORDER

**SO STIPULATED.**

                                    Respectfully submitted,

                                    CASPER, MEADOWS, SCHWARTZ & COOK

Dated: July 11, 2013                    Electronic Signature Authorized   /S/
                                          Andrew Charles Schwartz,
                                          Counsel for Plaintiffs E.J., a minor, Lisa Houlihan
                                          Johnson, and Donald Arthur Johnson

                                          MELINDA HAAG
                                          United States Attorney

Dated: July 10, 2013                    Electronic Signature Authorized     /S/
                                          Victoria R. Carradero,
                                          Counsel for the United States of America and Coast
                                          Guard

### DECLARATION PURSUANT TO GENERAL ORDER 45

    I, Victoria R. Carradero, attest that I have obtained the concurrence of Andrew Charles Schwarz, Counsel for Plaintiffs, in the filing of this document.

    Executed on July 11, 2013, in San Francisco, California.

                                            */s/ Victoria R. Carradero*
                                               Victoria R. Carradero

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for the USA to respond to Plaintiffs' Complaint is continued from July 15, 2013 until August 1, 2013.

The deadline for the parties to complete the initial case management activities set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, Docket No. 2, is continued to August 7, 2013.

The parties will mutually agree to the date for the exchange of initial disclosures as part of meeting and conferring on the contents of the Case Management Conference Statement, which will be filed on August 7, 2013.

The Case Management Conference will be continued from July 25, 2013 to August 21, 2013 at ~~10:00 a.m.~~ at 3:00 p.m.

Dated:   July 11, 2013



The Honorable Nathanael M. Cousins

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

Case No.  C 13-1923 NC
STIPULATION AND [PROPOSED] ORDER