Andrew C. Schwartz (State Bar No. 064578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131
E-Mail:  schwartz@cmslaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J., a minor by and through her guardians ad litem Lisa Houlihan Johnson and Donald Arthur Johnson; LISA HOULIHAN JOHNSON, personally and on behalf of her minor child E.J.; and DONALD ARTHUR JOHNSON, personally and on behalf of his minor child E.J.;<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES COAST GUARD; and DOES 1 through 100;<br><br>　　　　　Defendants. | Case No. C13-01923 NC<br><br>**STIPULATION AND (PROPOSED) ORDER RE: BRIEFING SCHEDULE OF DEFENDANTS' MOTION TO DISMISS AND STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT** |

TO THE HONORABLE NATHANEAL COUSINS, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS Defendants have filed a motion to Dismiss and Strike Portions of Plaintiffs' Complaint, set for hearing on September 11, 2013.

WHEREAS the parties, by and through their counsel of record, have discussed the scheduling of this motion, and in light of their respective schedules, hereby stipulate and agree to the following:

---

*Johnson v. United States Coast Guard, et al.*  Case No. C13-01923 NC
STIPULATION & (PROPOSED) ORDER RE: BRIEFING SCHEDULE – MOTION TO DISMISS          Page 1

| | | |
|---|---|---|
| 1 | Opposition due: | August 30, 2013 |
| 2 | Reply due: | September 23, 2013 |
| 3 | New Hearing date: | October 9, 2013 |

IT IS SO STIPULATED. Respectfully submitted,

DATED:  August 6, 2013         /s/ - "Andrew C. Schwartz"
ANDREW C. SCHWARTZ, ESQ.
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiffs

DATED:  August 6, 2013         /s/ - "Victoria R. Carradero"
VICTORIA R. CARRADERO, ESQ.
**ASSISTANT UNITED STATES ATTORNEY**
Attorneys for Defendants

Pursuant to stipulation and for good cause appearing, IT IS SO ORDERED.

Opposition due: August 30, 2013
Reply due: September 23, 2013
New Hearing date: October 9, 2013

DATED:   August 6, 2013   

THE HONORABLE NATHANAEL COUSINS
United States Magistrate Judge

*IT IS SO ORDERED*
Judge Nathanael M. Cousins

---

*Johnson v. United States Coast Guard, et al.*  Case No. C13-01923 NC
STIPULATION & (P<s>ROPOSED</s>) ORDER RE: BRIEFING SCHEDULE – MOTION TO DISMISS         Page 2