```
 1  Andrew C. Schwartz (State Bar No. 064578)
    CASPER, MEADOWS, SCHWARTZ & COOK
 2  A Professional Corporation
    California Plaza
 3  2121 North California Blvd., Suite 1020
    Walnut Creek, California  94596
 4  Telephone:   (925) 947-1147
    Facsimile:   (925) 947-1131
 5  E-Mail:  schwartz@cmslaw.com

 6  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J., a minor by and through her guardians ad litem Lisa Houlihan Johnson and Donald Arthur Johnson; LISA HOULIHAN JOHNSON, personally and on behalf of her minor child E.J.; and DONALD ARTHUR JOHNSON, personally and on behalf of his minor child E.J.;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES COAST GUARD; and DOES 1 through 100;<br><br>　　　　Defendants. | Case No. C13-01923 NC<br><br>**STIPULATION AND (PROPOSED) ORDER RE: BRIEFING SCHEDULE OF DEFENDANTS' MOTION TO DISMISS AND STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT** |

TO THE HONORABLE NATHANEAL COUSINS, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS Defendants have filed a motion to Dismiss and Strike Portions of Plaintiffs' Complaint, set for hearing on September 11, 2013.

WHEREAS the parties, by and through their counsel of record, have discussed the scheduling of this motion, and in light of their respective schedules, hereby stipulate and agree to the following:

---

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Johnson v. United States Coast Guard, et al.*  Case No. C13-01923 NC
STIPULATION & (PROPOSED) ORDER RE: BRIEFING SCHEDULE – MOTION TO DISMISS                         Page 1

1     Opposition due:            August 30, 2013

2     Reply due:                September 23, 2013

3     New Hearing date:        October 9, 2013

4 IT IS SO STIPULATED. Respectfully submitted,

6 DATED: August 6, 2013           /s/ - "Andrew C. Schwartz"
                                       ANDREW C. SCHWARTZ, ESQ.
7                                             **CASPER, MEADOWS, SCHWARTZ & COOK**
                                            Attorneys for Plaintiffs

9 DATED: August 6, 2013           /s/ - "Victoria R. Carradero"
                                            VICTORIA R. CARRADERO, ESQ.
10                                             **ASSISTANT UNITED STATES ATTORNEY**
                                            Attorneys for Defendants

12 Pursuant to stipulation and for good cause appearing, IT IS SO ORDERED.

13     Opposition due:            August 30, 2013

14     Reply due:                September 23, 2013

15     New Hearing date:        October 9, 2013

18 DATED: August 6, 2013
                                            THE HONORABLE NATHANAEL COUSINS
19                                             United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Nathanael M. Cousins]*

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Johnson v. United States Coast Guard, et al.* Case No. C13-01923 NC
STIPULATION & (P<s>ROPOSED</s>) ORDER RE: BRIEFING SCHEDULE – MOTION TO DISMISS        Page 2