1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| E.J., and others, | Case No. 13-cv-01923 NC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER REQUIRING ADDITIONAL INFORMATION** |
| UNITED STATES OF AMERICA, and others, | Re: Dkt. No. 37 |
| Defendants. | |

On January 13, 2014, the parties filed a stipulation and proposed order asking the Court to extend the current scheduling deadlines by more than two months in this tort action. Dkt. No. 37. The Court has already continued the case schedule by 28 days. Dkt. No. 35. The parties state that the need for the additional continuance is based on "an ongoing medical situation pertaining to Plaintiff Lisa Houlihan Johnson, a situation which the Plaintiffs represent has prevented them from participating in discovery." Dkt. No. 37 at 2. Although the Court has discretion to grant such an extensive continuance if justified, the Court is mindful of its obligation to "secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. The Court will therefore require

Case No. 13-cv-01923 NC
ORDER REQUIRING ADDITIONAL
INFORMATION

additional information from plaintiff in order to be assured that the extension is warranted.

Plaintiffs are ordered to submit to the Court, within 14 days of this order, a declaration providing further detail on the circumstances preventing plaintiffs from participating in discovery according to schedule. The Court will permit plaintiffs to file the declaration under seal, if it contains sensitive personal information that Plaintiff Houlihan Johnson does not wish to make public.

IT IS SO ORDERED.

Date: January 14, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge